IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | |
|---|---|
| WALTER STOKES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CV 117-090 |
| | ) |
| ALAIN DEGREEF; WILLIAM BAILEY, JR.; BRYAN CANNATA; ADRIAN TILLMAN; and VINCENT MULLER, | ) |
| | ) |
| Defendants. | ) |

## ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DISMISSES** Plaintiff's complaint for failure to state a claim, and **CLOSES** this civil action.

SO ORDERED this 22nd day of November, 2017, at Augusta, Georgia.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA